# Court of Appeals
# of the State of Georgia

ATLANTA,   June 28, 2013

*The Court of Appeals hereby passes the following order:*

**A13A2035.  STARLETTE MITCHELL v. THE STATE.**
**A13A2036.  ANGELA WILLIAMSON v. THE STATE.**

Starlette Mitchell and Angela Williamson, co-defendants in the criminal case below, have filed notices of direct appeal from the trial court's order disqualifying their counsel.[1]  We lack jurisdiction.

An order disqualifying counsel is an interlocutory order.  See *Cherry v. Coast House, Ltd.*, 257 Ga. 403, 404 (2) (359 SE2d 904) (1987); *Ewing Holding Corp. v. Egan-Stanley Investments*, 154 Ga. App. 493, 495-496 (1) (268 SE2d 733) (1980).  Thus, in order to obtain appellate review, the applicants were required to follow the interlocutory appeal procedure set forth in OCGA § 5-6-34 (b).  The appellants urge us to treat the disqualification order as a collateral order subject to direct appeal.  See *Bradberry v. State*, 315 Ga. App. 434, 436 (727 SE2d 208) (2012).  We, however, decline to do so.  See *Flanagan v. United States*, 465 U.S. 259 (104 SCt 1051, 79 LE2d 288) (1984) ("Nothing about a counsel disqualification order distinguishes it from the run of pretrial decisions that affect the rights of criminal defendants yet must await completion of trial court proceedings for review.").

Because Mitchell and Williamson have failed to follow the required appellate procedure, their appeals are hereby DISMISSED.

---

[1] Mitchell and Williamson, along with several other co-defendants, also filed an application for interlocutory appeal from the disqualification order.  See Case No. A13I0226.  We dismissed that application because the applicants had failed to secure a certificate of immediate review from the trial court.  See OCGA § 5-6-34 (b).



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,* 06/28/2013

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*, Clerk.*